Case 3:17-cv-00943-NJR   Document 121   Filed 02/05/20   Page 1 of 2   Page ID #866

Date: 2/5/2020  
Time: 12:01pm  
d_list_inmate_trans_statement_composite

Lawrence Correctional Center  
Trust Fund  
Inmate Transaction Statement

Page 1

REPORT CRITERIA - Date: 08/05/2019 thru End;   Inmate: B12832;   Active Status Only ? : No;   Print Restrictions ? : Yes; Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate:** B12832 Moore, Shung          **Housing Unit:** LAW-R7-CU-03

| Date | Source | Transaction Type | Batch | Reference # | Description | | Amount | Balance |
|---|---|---|---|---|---|---|---:|---:|
| | | | | | | Beginning Balance: | | 126.11 |
| 08/07/19 | Disbursements | 73 Court Ordered Fees | 2193104 | Chk #74361 | 0004201, US District, | Inv. Date: 06/06/2019 | -24.00 | 102.11 |
| 08/09/19 | Payroll | 20 Payroll Adjustment | 2211104 | | P/R month of 7 2019 | | 8.00 | 110.11 |
| 08/15/19 | Point of Sale | 60 Commissary | 227731 | 633903 | Commissary | | -99.82 | 10.29 |
| 08/15/19 | Point of Sale | 60 Commissary | 227731 | 633905 | Commissary | | -9.81 | .48 |
| 08/19/19 | Disbursements | 84 Library | 2313104 | Chk #74614 | 041345, DOC: 523 Fun, | Inv. Date: 08/15/2019 | -.40 | .08 |
| 09/04/19 | Mail Room | 15 JPAY | 247200 | 105364914 | Moore, Shirley | | 120.00 | 120.08 |
| 09/11/19 | Payroll | 20 Payroll Adjustment | 254134 | | P/R month of 8 2019 | | 8.00 | 128.08 |
| 09/12/19 | Disbursements | 73 Court Ordered Fees | 2553104 | Chk #74923 | 0004201, US District, | Inv. Date: 06/06/2019 | -24.00 | 104.08 |
| 09/15/19 | Mail Room | 15 JPAY | 258200 | 105828989 | Bennett, Shamekwa | | 125.00 | 229.08 |
| 09/17/19 | Point of Sale | 60 Commissary | 2607146 | 637422 | Commissary | | -140.49 | 88.59 |
| 09/19/19 | Disbursements | 73 Court Ordered Fees | 2623104 | Chk #75245 | 0004201, US District, | Inv. Date: 06/06/2019 | -25.00 | 63.59 |
| 09/19/19 | Disbursements | 81 Legal Postage | 2623104 | Chk #75249 | 041702, Pitney Bowes, | Inv. Date: 09/05/2019 | -1.45 | 62.14 |
| 09/19/19 | Disbursements | 80 Postage | 2623104 | Chk #75249 | 041809, Pitney Bowes, | Inv. Date: 09/13/2019 | -7.35 | 54.79 |
| 09/19/19 | Disbursements | 80 Postage | 2623104 | Chk #75249 | 041817, Pitney Bowes, | Inv. Date: 09/13/2019 | -.50 | 54.29 |
| 09/19/19 | Disbursements | 84 Library | 2623104 | Chk #75250 | 041770, DOC: 523 Fun, | Inv. Date: 09/11/2019 | -1.90 | 52.39 |
| 10/03/19 | Point of Sale | 60 Commissary | 276797 | 639005 | Commissary | | -52.08 | .31 |
| 10/04/19 | Mail Room | 15 JPAY | 277200 | 106584680 | Moore, Shirley | | 120.00 | 120.31 |
| 10/04/19 | Disbursements | 73 Court Ordered Fees | 2773104 | Chk #75473 | 0004201, US District, | Inv. Date: 06/06/2019 | -24.00 | 96.31 |
| 10/09/19 | Payroll | 20 Payroll Adjustment | 2821104 | | P/R month of 9 2019 | | 6.80 | 103.11 |
| 10/12/19 | Mail Room | 15 JPAY | 285200 | 106920144 | Bennett, Shamekwa | | 150.00 | 253.11 |
| 10/17/19 | Disbursements | 84 Library | 2903104 | Chk #75644 | 042605, DOC: 523 Fun, | Inv. Date: 10/15/2019 | -3.00 | 250.11 |
| 10/17/19 | Disbursements | 83 Copies | 2903104 | Chk #75645 | 042310, DOC: 523 Fun, | Inv. Date: 09/26/2019 | -.25 | 249.86 |
| 10/17/19 | Disbursements | 73 Court Ordered Fees | 2903104 | Chk #75646 | 0004201, US District, | Inv. Date: 06/06/2019 | -30.00 | 219.86 |
| 10/25/19 | Point of Sale | 60 Commissary | 298731 | 641423 | Commissary | | -218.64 | 1.22 |
| 11/06/19 | Mail Room | 10 Western Union | 310200 | 0533042995 | Moore, Shirley | | 120.00 | 121.22 |
| 11/07/19 | Mail Room | 15 JPAY | 311200 | 107982341 | Moore, Percy | | 50.00 | 171.22 |
| 11/07/19 | Disbursements | 73 Court Ordered Fees | 3113104 | Chk #75950 | 0004201, US District, | Inv. Date: 06/06/2019 | -24.00 | 147.22 |
| 11/07/19 | Disbursements | 73 Court Ordered Fees | 3113104 | Chk #75950 | 0004201, US District, | Inv. Date: 06/06/2019 | -10.00 | 137.22 |
| 11/12/19 | Payroll | 20 Payroll Adjustment | 3161104 | | P/R month of 102019 | | 13.20 | 150.42 |
| 11/13/19 | Mail Room | 10 Western Union | 317200 | 2976537246 | Moore, Percy | | 70.00 | 220.42 |
| 11/13/19 | Point of Sale | 60 Commissary | 317713 | 643238 | Commissary | | -125.85 | 94.57 |
| 11/13/19 | Disbursements | 73 Court Ordered Fees | 3173104 | Chk #75972 | 0004201, US District, | Inv. Date: 06/06/2019 | -14.00 | 80.57 |
| 12/06/19 | Mail Room | 10 Western Union | 340200 | 6674815901 | Moore, Shirley | | 50.00 | 130.57 |
| 12/10/19 | Payroll | 20 Payroll Adjustment | 3441104 | | P/R month of 112019 | | 8.00 | 138.57 |
| 12/10/19 | Disbursements | 73 Court Ordered Fees | 3443104 | Chk #76360 | 0004201, US District, | Inv. Date: 06/06/2019 | -10.00 | 128.57 |
| 12/20/19 | Disbursements | 81 Legal Postage | 3543104 | Chk #76576 | 043690, Pitney Bowes, | Inv. Date: 12/13/2019 | -2.45 | 126.12 |

Date: 2/5/2020     **Lawrence Correctional Center**     Page 2
Time: 12:01pm     **Trust Fund**
d_list_inmate_trans_statement_composite     **Inmate Transaction Statement**

REPORT CRITERIA - Date: 08/05/2019 thru End;    Inmate: B12832;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B12832 Moore, Shung**      **Housing Unit: LAW-R7-CU-03**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/20/19 | Disbursements | 81 Legal Postage | 3543104 | Chk #76576 | 043709, Pitney Bowes, Inv. Date: 12/17/2019 | -1.00 | 125.12 |
| 12/20/19 | Point of Sale | 60 Commissary | 3547146 | 646282 | Commissary | -124.95 | .17 |
| 01/06/20 | Mail Room | 10 Western Union | 006200 | 9236935143 | Moore, Shirley | 120.00 | 120.17 |
| 01/07/20 | Point of Sale | 60 Commissary | 007752 | 647054 | Commissary | -95.33 | 24.84 |
| 01/09/20 | Payroll | 20 Payroll Adjustment | 0091104 | | P/R month of 122019 | 9.66 | 34.50 |
| 01/13/20 | Disbursements | 73 Court Ordered Fees | 0133104 | Chk #76836 | 0004201, US District, Inv. Date: 06/06/2019 | -24.00 | 10.50 |
| 01/17/20 | Disbursements | 82 Debts due to State (non-postage) | 0173104 | Chk #76985 | 043738, DOC: 523 Fun, Inv. Date: 12/20/2019 | -.50 | 10.00 |
| 02/05/20 | Mail Room | 10 Western Union | 036200 | 8692206867 | Moore, Shirley | 190.00 | 200.00 |

| | |
|---|---|
| Total Inmate Funds: | 200.00 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 41.90 |
| Funds Available: | 158.10 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 06/06/2019 | 0004201 | F/R | Case No. 3:17-cv-00943-DRH-RJD | 80 US District Court for the Southern Dist | $38.00 |
| 01/22/2020 | 044261 | Disb | Legal Postage | 6656 Pitney Bowes | $0.50 |
| 01/31/2020 | 044404 | Disb | Postage | 6656 Pitney Bowes | $1.00 |
| 02/04/2020 | 044466 | Disb | Legal Postage | 6656 Pitney Bowes | $2.40 |
| | | | | **Total Restrictions:** | **$41.90** |